# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:**   9/22/14

| U. S. DISTRICT JUDGE | COURT REPORTER:   Chris Bickham |
|---|---|
| **Ron Clark** | **COURTROOM DEPUTY:**   Debbie McCord |
| 4:13cv441;<br>Barbe Vs. GEICO | 4:12cv755;<br>Bond Street Ltd, LLC Vs. Liess |
| Counsel: Andrew Sommerman, for Plaintiff<br>Chris Colby, for Defendant | Counsel: Geoffrey Harper, Ricardo Bonilla, for Plaintiff<br>Stephen Colbert, for Defendant |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:      VOIR DIRE,  JURY SELECTION |
|---|---|
| 9:08 am | Court called case, noting Bond Street, 4:12cv755  jury selection to take place first.  Mr. Harper introduces counsel at his table.  Mr. Colbert introduces himself and Defendant. |
| 9:12 am | Court notes the Bond case will start on 9/29/14.  Court conducts general voir dire and explains processes. |
| 9:21 am | Mr. Harper voir dire. |
| 9:37 am | Mr. Colbert voir dire. |
| 9:39 am | Jury panel excused to allow attorney strikes. |
| 9:42 am | New panel seated and Court begins jury selection for Barbe Vs. Geico case, 4:13cv441. |
| 9:44 am | Court addresses scheduling problems with juror 1B and 18B at bench.  Those jurors remain on the panel. |
| 9:47 am | Mr. Sommerman voir dire. |
| 9:57 am | Mr. Colby voir dire. |
| 10:07 am | Voir Dire concluded.  Bench Conference for challenges. |
| 10:19 am | Panel excused for attorney strikes. |
| 10:22 am | Court dismisses remaining jury panel members. |

CASE NO.            DATE:
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:     VOIR DIRE,  JURY SELECTION |
|---|---|
| 10:24 am | Bond Vs. Liess jury is sworn in.  Court gave jury instructions to not research or discuss case.  Case will begin on Monday, 9/29/14 at 8:30 a.m., Annex Courtroom, Chase Bank Building. |
| 10:32 am | Court address Bond Street counsel. |
| 10:35 am | Counsel is dismissed.  Court in recess for 15 minutes.  After break, jury will be seated, Barbe Vs. GEICO jury to be seated. |

**DAVID J. MALAND, CLERK**

BY:     Debbie McCord
            Courtroom Deputy Clerk